452

## COMMERCE TITLE GUARANTY COMPANY, Appellant, v. UNITED STATES of America, Appellee.

Nos. 8644, 8645.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1941.

J. E. McCadden, Allan Davis, and Dean P. Kimball, all of Memphis, Tenn., for appellant.

William McClanahan, U. S. Atty., of Memphis, Tenn., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

These consolidated causes were heard upon the transcript of the record, briefs and arguments of counsel, on consideration whereof, it is ordered and adjudged that the judgment appealed from be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the District Court, 32 F.Supp. 73, filed March 20, 1940.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. BANCITALY CORPORATION, Respondent.

## BANCITALY CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9841.

Circuit Court of Appeals, Ninth Circuit.

June 16, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for Commissioner.

George H. Koster, of San Francisco, Cal., Charles D. Hamel, of Washington, D. C., Monroe Goldwater, of New York City, and John Enrietto, of Washington, D. C., for Bancitaly Corporation.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of the joint motion of counsel for respective parties, and good cause therefor appearing, it is ordered that the petitions to review herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

## COMMISSIONER OF INTERNAL REVENUE v. Edith W. CORNING.

No. 8763.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, and Claude R. Marshall, all of Washington, D. C., for petitioner.

T. G. Thompson, of Cleveland, Ohio, for respondent.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

It is ordered that the decision of the United States Board of Tax Appeals be and the same is hereby reversed, pursuant to agreed motion of counsel.